# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| ALATASI, MOHAMAD LAMEA | SUMMONS IN A CIVIL CASE |
| | CASE NUMBER: |
| v. | |
| Michael Mukasey, U.S. Attorney General; Michael Chertoff, Secretary of Homeland Security; et all | CV 08   1028   CRB |

TO: (Name and address of defendant)

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                               FEB 2 0 2008
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐　Served Personally upon the Defendant. Place where served:


☐　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left:


☐　Returned unexecuted:


☐　Other *(specify)*:


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
　　　　　　　　　　*Date*                                                   *Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*


(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

| | |
|---|---|
| ALATASI, MOHAMAD LAMEA | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| Michael Mukasey, U.S. Attorney General;<br>Michael Chertoff, Secretary of Homeland<br>Security; et all | **CV 08   1028   CRB** |

**TO:** (Name and address of defendant)

Michael Chertoff
Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 0 2008
DATE_____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |
| ☐ Served Personally upon the Defendant. Place where served: | |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | |
| ☐ Returned unexecuted: | |
| ☐ Other *(specify)*: | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                Date                                                            *Signature of Server*

                                                                                _____
                                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| ALATASI, MOHAMAD LAMEA | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| Michael Mukasey, U.S. Attorney General; Michael Chertoff, Secretary of Homeland Security; et all |  **08**  **CRB 1028** |

TO: (Name and address of defendant)

Eduardo Aguirre
USCIS
425 I St.
Washington DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA  94538

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 2 0 2008

<u>Richard W. Wieking</u>
CLERK                                                                                           DATE_____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                              Signature of Server

                                                                                    _____
                                                                                    Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALATASI, MOHAMAD LAMEA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, U.S. Attorney General;
Michael Chertoff, Secretary of Homeland
Security; et all

CV 08   1028 CRB

TO: (Name and address of defendant)

Michael Mueller, Director, FBI
J.Edgar Hoover Building
935 Pennsylvania Ave NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

FEB 2 0 2008
DATE_____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                                           *Signature of Server*

                                                                  _____
                                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALATASI, MOHAMAD LAMEA

v.

Michael Mukasey, U.S. Attorney General;
Michael Chertoff, Secretary of Homeland
Security; et all

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 08 1028 CRB

TO: (Name and address of defendant)

Christina Poulos
Director, California Service Center,
2400 Avila Rd
Laguna Niguel, CA 92677

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA  94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  FEB 2 0 2008

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:


☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐   Returned unexecuted:


☐   Other *(specify)*:


**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____         _____
              Date                            *Signature of Server*

                                              _____
                                              *Address of Server*


(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure