JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMAD LAMEA ALATASI,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; MICHAEL MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>       Defendants. | No. C 08-1028 CRB<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about February 20, 2008. Defendants' response is due on May 9, 2008.

    2. Pursuant to this Court's February 20, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on May 23, 2008, and attend a case management conference on June 6, 2008.

Stipulation to Extend Dates
C08-1028 CRB               1

3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                           July 11, 2008

Last day to file Joint ADR Certification:                       July 18, 2008

Last day to file/serve Joint Case Management Statement:   August 1, 2008

Case Management Conference:                                 August 15, 2008, at 8:30 a.m.

Date: May 9, 2008                              Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney


                                               _____/s/_____
                                               MELANIE L. PROCTOR[1]
                                               Assistant United States Attorney
                                               Attorneys for Defendants


                                               _____/s/_____
Date: May 8, 2008                              ROBERT L. VOLZ
                                               Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                          _____
                                               CHARLES R. BREYER
                                               United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend Dates
C08-1028 CRB                    2