1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMAD LAMEA ALATASI, | ) |
| | ) No. C 08-1028 CRB |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL MUKASEY, Attorney General of the | ) |
| United States; MICHAEL CHERTOFF, Secretary | ) |
| of the Department of Homeland Security; | ) |
| EDUARDO AGUIRRE, Director of United | ) |
| States Citizenship and Immigration Services; | ) |
| MICHAEL MUELLER, Director of the | ) |
| Federal Bureau of Investigations; CHRISTINA | ) |
| POULOS, Acting Director of the California | ) |
| Service Center, | ) |
| | ) |
| Defendants. | ) |

///

///

///

///

///

///

///

STIPULATION TO DISMISS
C08-1028 CRB                                    1

1  Plaintiff brought this action to compel adjudication of his naturalization application. In light of
2  the fact Plaintiff has now been interviewed, the parties hereby stipulate to dismissal of this action.
3  The parties shall bear their own costs and fees.

Date: July 11, 2008                                   Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney


                                                      _____/s/_____
                                                      MELANIE L. PROCTOR[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants



                                                      _____/s/_____
Date: July 11, 2008                                   ROBERT L. VOLZ
                                                      Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                 _____
                                                      CHARLES R. BREYER
                                                      United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C08-1028 CRB                                    2