1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 MOHAMAD LAMEA ALATASI,          )
                                   )  No. C 08-1028 CRB
13              Plaintiff,         )
                                   )
14         v.                      )  **STIPULATION TO DISMISS AND**
                                   )  **[PROPOSED] ORDER**
15 MICHAEL MUKASEY, Attorney General of the )
   United States; MICHAEL CHERTOFF, Secretary )
16 of the Department of Homeland Security;   )
   EDUARDO AGUIRRE, Director of United       )
17 States Citizenship and Immigration Services; )
   MICHAEL MUELLER, Director of the          )
18 Federal Bureau of Investigations; CHRISTINA )
   POULOS, Acting Director of the California )
19 Service Center,                            )
                                              )
20              Defendants.                   )
                                              )
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
C08-1028 CRB                      1

1  Plaintiff brought this action to compel adjudication of his naturalization application. In light of
2  the fact Plaintiff has now been interviewed, the parties hereby stipulate to dismissal of this action.
3  The parties shall bear their own costs and fees.

4  Date: July 11, 2008                    Respectfully submitted,

5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
6

7                                         _____/s/_____
                                          MELANIE L. PROCTOR[1]
8                                         Assistant United States Attorney
                                          Attorneys for Defendants
9

10

11 Date: July 11, 2008                    _____/s/_____
                                          ROBERT L. VOLZ
                                          Attorney for Plaintiff
12

13                           **ORDER**

14     Pursuant to stipulation, IT IS SO ORDERED.

15
   Date:  July 21, 2008                   _____
16                                        CHARLES R. BREYER
                                          United States District Judge



---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C08-1028 CRB                              2